NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M. L. ENERGIA, INC.,**
*Appellant*

**v.**

**ADMINISTRATOR OF THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,**
*Appellee*

---

2020-1866

---

Appeal from the Armed Services Board of Contract Appeals in No. 58975, Administrative Judge John J. Thrasher, Administrative Judge Michael T. Paul, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

BRUCE AFRAN, Princeton, NJ, for appellant.

VIJAYA SURAMPUDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for appellee. Also represented by ANNA BONDURANT ELEY, MICHAEL GRANSTON, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CHEN, and CUNNINGHAM, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

January 17, 2023          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court